```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 03 B 51263
    ALESHA T POWELL
                                             CHAPTER 13

                                             JUDGE: A BENJAMIN GOLDGAR

        Debtor
   SSN XXX-XX-9745


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 12/22/2003 and was confirmed 03/09/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 11/17/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------
SN SERVICING CORPORATION CURRENT MORTG        .00              .00            .00
CITIFINANCIAL MORTGAGE C NOTICE ONLY     NOT FILED             .00            .00
SN SERVICING CORPORATION MORTGAGE ARRE   5648.89               .00         5648.89
COOK COUNTY TREASURER    SECURED         1900.00               .00         1900.00
SN SERVICING CORPORATION MORTGAGE ARRE  13348.26               .00        13348.26
SN SERVICING CORPORATION CURRENT MORTG        .00              .00            .00
INTERNAL REVENUE SERVICE NOTICE ONLY     NOT FILED             .00            .00
CAPITAL ONE BANK         UNSECURED        649.13               .00          649.13
LVNV FUNDING             UNSECURED        969.65               .00          969.65
CAPITAL ONE              NOTICE ONLY     NOT FILED             .00            .00
PAYDAY LOANS CALUMET CIT UNSECURED        NOT FILED            .00            .00
INTERNAL REVENUE SERVICE PRIORITY        6968.29               .00         6968.29
INTERNAL REVENUE SERVICE UNSECURED       1205.45               .00         1205.45
JOSEPH WROBEL            DEBTOR ATTY    1,794.00                          1,794.00
TOM VAUGHN               TRUSTEE                                          2,030.47
DEBTOR REFUND            REFUND                                             647.86

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                 35,162.00

PRIORITY                                       6,968.29
SECURED                                       20,897.15
UNSECURED                                      2,824.23
ADMINISTRATIVE                                 1,794.00
TRUSTEE COMPENSATION                           2,030.47
DEBTOR REFUND                                    647.86
                        --------------        --------------
TOTALS                  35,162.00             35,162.00

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 03 B 51263 ALESHA T POWELL
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 02/26/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```